FRED LOCKHARDT, PETITIONER-APPELLANT, v. E. DON-
ALD STERNER, STATE HIGHWAY COMMISSIONER, RE-
SPONDENT.

Submitted October 29, 1937—Decided January 26, 1938.

For the appellant, *Grace R. Lewis* (*David Roskein,* of
counsel).

For the respondent, *David T. Wilentz,* attorney-general,
and *Robert S. Hartgrove,* assistant attorney-general.

PER CURIAM.

This is a workmen's compensation case. After a fall of
snow, the foreman of the highway department locally in
charge hired a number of unemployed men to work cleaning
away the snow. The petitioner was one of these. He had
never been so hired before, and was taken on merely for that
job, at fifty cents an hour. As the deputy commissioner
found, there was no assurance of a recurrence of the employ-
ment, outside of the five days that he worked. His fingers
became frost bitten, and his claim for compensation was
based on that fact.

The deputy commissioner made an award. On appeal to
the Common Pleas, this was reversed on the ground that the
case was indistinguishable on the facts from *Thompson* v.
*Wagner,* 103 *N. J. L.* 230, affirmed in 104 *Id.* 198. In the
Supreme Court, on *certiorari,* before a single justice, the
writ was dismissed, likewise on the authority of the Thomp-
son case. We come to a similar conclusion. The judgment
of the Supreme Court will be affirmed, with costs.

For affirmance—THE CHANCELLOR, CHIEF JUSTICE, PAR-KER, LLOYD, CASE, BODINE, DONGES, HEHER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, WALKER, JJ.   14.

For reversal—None.